

International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

November 3, 2020

**Via Email Only**

Michael B. Carlinsky, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Silpa Maruri
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Dominic Pody
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Christopher Porter, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
711 Louisiana Street
Suite 500
Houston, TX 77002

Joseph M. Graham, Jr., Esq.
Norton Rose Fulbright US, LLP
1301 McKinney Street
Suite 5100
Houston, TX 77010

Geraldine Young, Esq.
Norton Rose Fulbright US, LLP
1301 McKinney Street
Suite 5100
Houston, TX 77010

Case Number: 01-20-0014-7261

Limetree Bay Terminals, LLC
-vs-
UNIPEC America, Inc.

Dear Counsel,

We are writing this letter to inform the parties that the ICDR has appointed Arbitrators James Hosking and Diana Marshall (the "Arbitrators") to hear the above-captioned matter as two of the three arbitrators of this Tribunal. Enclosed please find copies of the Arbitrator's duly executed Notice of Appointment. Per our rules, all arbitrators are impartial and independent, unless otherwise agreed by the parties in the situation of party-appointed arbitrators.

The Arbitrators have made disclosures, as detailed on the enclosed Notices of Appointment. Please advise the ICDR of any objections to the appointment of the Arbitrators by close of business **November 18, 2020**, copying the other side. The Tribunal shall not be copied on any comments related to the disclosure. If any objections to the Arbitrator's appointment are raised, the other party will be granted an opportunity to respond. The ICDR will make a determination regarding the Arbitrators' continued service in accordance with the Rules.

If either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the ICDR within ten days. Each party is responsible for updating its disclosures as such information becomes available. The duty to update this information is ongoing through the conclusion of this matter.

The Arbitrator's Notice of Compensation Arrangements including the specific compensation rates for this matter will be sent to you under separate cover shortly. Compensation to the Tribunal represents an independent obligation of the parties, and it is understood that the ICDR/AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the ICDR such sums of money as required by the administrator to defray the Tribunal's invoices. Compensation incurred will be deducted from deposits on hand, if any.

There shall be no direct telephone or any other type of contact with the Tribunal. Please note that any challenges or financial matters must be exclusively submitted to the undersigned.

As a reminder, cases may be viewed and managed online through [AAA's WebFile](#).

Sincerely,

/s/

Rafael Carlos del Rosal Carmona, LL.M.
Director
Direct Dial: (212)484-4180
Email: RafaelCarmona@adr.org
Fax: (212)246-7274

Encl.

Cc:   The Tribunal (via email)